IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATELYN HANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | File No.  3:19-CV-02062 |
| CAO TRINH, d/b/a SUPER WASH & DRY and ) | |
| TRANS SHOPPING CENTER, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, KATELYN HANKS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to her case against Defendants, CAO TRINH, d/b/a SUPER WASH & DRY and TRANS SHOPPING CENTER, INC.

Plaintiff and Defendants,  CAO TRINH, d/b/a SUPER WASH & DRY and TRANS SHOPPING CENTER, INC., are presently preparing a formal settlement agreement for signature and intend to file an Unopposed Motion to Approve Consent Decree and Dismissal of Defendants with Prejudice once the agreement is finalized. Plaintiff and Defendants request forty-five (45) days within which to file its dismissal documents.

Respectfully submitted this 27th day of September, 2019.

                Law Offices of
                THE SCHAPIRO LAW GROUP, P.L.

                /s/  Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                *Attorney-in-Charge for Plaintiff*
                Northern District of Texas ID No. 54538FL
                The Schapiro Law Group, P.L.
                7301-A W. Palmetto Park Rd., #100A
                Boca Raton, FL 33433
                Tel: (561) 807-7388
                Email: schapiro@schapirolawgroup.com

                Law Offices of
                LIPPE & ASSOCIATES

                /s/  Emil Lippe, Jr.
                Emil Lippe, Jr., Esq.
                State Bar No. 12398300
                Lippe & Associates
                12222 Merit Drive, Suite 1200
                Dallas, TX 75251
                Tel: (214) 855-1850
                Fax: (214) 720-6074
                emil@texaslaw.com

                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 27th day of September, 2019.

                /s/  Douglas S. Schapiro
                Douglas S. Schapiro, Esq.
                *Attorney-in-Charge for Plaintiff*
                Northern District of Texas ID No. 54538FL