# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| KATELYN HANKS | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-2062-S |
| CAO TRINH d/b/a SUPER WASH & DRY and TRANS SHOPPING CENTER | § § § § | |

### ORDER

This Order addresses the parties' Unopposed Motion to Approve Consent Decree and Dismiss Defendants, Cao Trinh, d/b/a/ Super Wash & Dry, and Trans Shopping Center with Prejudice [ECF No. 10]. The Court understands the parties have settled this case, and therefore grants the Motion to Dismiss the case with prejudice. Unless otherwise agreed, each party will bear their own attorneys' fees and costs. All relief not expressly granted is denied.

**SO ORDERED.**

SIGNED October 3, 2019.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**